May 28, 1974

No. 73–777.   Otter Tail Power Co. v. United States. Affirmed on appeal from D. C. Minn.   Mr. Justice Blackmun and Mr. Justice Powell took no part in the consideration or decision of this case.

No. 73–1349.   Florida East Coast Railway Co. et al. v. United States et al.   Affirmed on appeal from D. C. M. D. Fla.   Mr. Justice Powell took no part in the consideration or decision of this case.

No. 73–1391.   Spielman-Fond, Inc., et al. v. Hanson's, Inc., et al.   Affirmed on appeal from D. C. Ariz.

No. 73–6446.   August v. Bronstein, Chairman, Civil Service Commission of the City of New York, et al.   Affirmed on appeal from D. C. S. D. N. Y.

No. 73–1491.   Haines v. Askew, Governor of Florida, et al.   Affirmed on appeal from D. C. M. D. Fla. Mr. Justice Douglas would note probable jurisdiction and set case for oral argument.